[Civ. No. 12238.   First Dist., Div. Two.   Dec. 3, 1942.]

THE PEOPLE, Respondent, v. LOWELL W. BERRY, Appellant.

Pillsbury, Madison & Sutro, Sigvald Nielson, Frank J. Kockritz, Jr., and Lewis E. Hanchett, Jr., for Appellant.

Earl Warren, Attorney General, H. H. Linney, Assistant Attorney General, and Adrian A. Kragen, Deputy Attorney General, for Respondent.

STURTEVANT, J. — This is a companion case of *The People of the State of California* v. *Pacific Guano Co.* (a

*corporation*), *ante,* p. 845 [132 P.2d 254], this day filed. It differs merely in names, dates, and amounts. It was submitted with and on the same set of briefs. Manifestly the same reasons apply as in the case cited above. Upon the authorities there cited and for the reasons there given the judgment appealed from is reversed.

Spence, Acting P. J., and Dooling, J. pro tem., concurred.